IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE CHINEME, <br> (Andre of the Chineme Family), <br><br> Plaintiff, <br><br> V. <br><br> CHARLES UZO OF THE MADUKA FAMILY, <br><br> Defendants. | § § § § § § § § § § § | No. 3:21-CV-1871-K-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
<u>**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED.

Signed October 6th 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE